IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GARY FREDRICK MCCLEERY,<br><br>Defendant. | CR 22-07-BLG-SPW<br><br>ORDER |

Upon the Defendant's Unopposed Motion for Early Termination of Supervised Release (Doc. 101), pursuant to 18 U.S.C. § 3583(e)(l)[1] and Federal Rule of Criminal Procedure 32.1(c)(2), and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's Motion is GRANTED. Gary Fredrick McCleery's term of supervised release is terminated as of the date of this Order.

The Clerk shall notify the parties and the U.S. Probation Office of the making of this Order.

///

///

---

[1] The Court notes that the Defendant moved to terminate his supervised release pursuant to 18 U.S.C. § 3563(c) (Doc. 101 at 1), a provision that authorizes termination of probation—not supervised release. In his supporting brief, the Defendant quoted language from the correct statute, 18 U.S.C. § 3583(e), but cited § 3583(e)(2), which concerns the extension of supervised release, rather than the subsection from which the quoted language is drawn—§ 3583(e)(1). (Doc. 102 at 2). The Court grants the Motion under the provision that authorizes the termination of supervised release: 18 U.S.C. § 3583(e)(1).

1

DATED this \_\_\_7th\_\_\_ day of January, 2026.

                                                                                SUSAN P. WATTERS
                                                                                United States District Judge